# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128377

DAVID ANTHONY and HOLLY ANTHONY,
      Plaintiffs-Appellees,

v

DELAGRANGE REMODELING, INC.,
GREGORY DALMAN, DENNIS YODER, and
DELAGRANGE HOMES, INC.,
      Defendants-Appellants.

SC: 128377
COA: 252644
Branch CC: 00-008579-CK

_____/

On order of the Court, the application for leave to appeal the March 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005                            _____

t0919                                         Clerk